**STATE of Missouri, Respondent,**

v.

**Brenda K. WILLIAMS, Appellant.**

### WD 77608 Consolidated with WD 77609

Missouri Court of Appeals,
Western District.

FILED: June 16, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied July 28, 2015

Dora Fichter, Jefferson City, MO, for respondent.

Brenda K. Williams, appellant pro se.

Before Division Four: Alok Ahuja, C.J., and Joseph M. Ellis and James E. Welsh, JJ.

## ORDER

PER CURIAM:

In 2003, Brenda Williams was convicted in the Circuit Court of Platte County of first-degree murder and armed criminal action, in connection with the shooting death of Thadd Mize in December 2001. In 2012, Williams filed a motion pursuant to § 547.035, RSMo, seeking DNA testing of clothing seized from her following the offense. The circuit court denied Williams' motion without an evidentiary hearing, and Williams appeals. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).